IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:05CR265 |
| ) | |
| v. ) | |
| ) | |
| KEITH BRIAN CARTER, ) | ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

1. The warrant issued by this court on October 25, 2005, is hereby rescinded.

2. The Clerk's Office shall unseal the Petition for Offender under Supervision (Filing No. 2). Hearing on the Petition is scheduled for **August 4, 2006, at 9:00 a.m.,** Courtroom 3, Omaha. The defendant must be present for this hearing.

3. The Federal Public Defender is appointed to represent the defendant in this matter.

DATED this 2nd day of December, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE