# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:05CR265** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **KEITH CARTER,** ) | |
| ) | |
| **Defendant.** ) | |

    This matter is before the court on the motion of Jessica L. Milburn to withdraw as counsel for the defendant, Keith Carter [7]. Since Karen M. Shanahan, Assistant Federal Public Defender, has entered an appearance for the defendant [6], the motion to withdraw [7] is granted. Jessica L. Milburn shall be deemed withdrawn as attorney of record.

    **IT IS SO ORDERED.**

    DATED this 18th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge