IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR265 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| KEITH B. CARTER, | ) ) | |
| Defendant. | ) ) | |

Defendant Keith B. Carter appeared before the court on December 12, 2006 on a Petition for Warrant for Offender Under Supervision [144].  The defendant was represented by Assistant Federal Public Defender Karen Shanahan and the United States was represented by Assistant U.S. Attorney William Mickle.  The defendant's oral motion to continue is granted.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m., on January 17, 2007.**  Defendant must be present in person.

2. Defendant is remanded to custody of the United States marshal.

Dated this 13th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge